UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DWAINE WRIGHT,**

    Petitioner,

**-vs-**

                              **CASE NO.  3:11-cv-168**

                              District Judge Timothy S. Black
                              Magistrate Judge Sharon L. Ovington

**OHIO ATTORNEY GENERAL, et al,**

    Respondent.

---

## JUDGMENT IN A CIVIL CASE

---

    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED THAT** the Reports and Recommendations of the Magistrate Judge (Doc. 2) is **ADOPTED**; the Petition for Writ of Habeas Corpus (Doc 1) is **DENIED and DISMISSED**; Petitioner is **DENIED** leave to appeal *in forma pauperis* and any requested certificate of appealability; and the case is **TERMINATED** on the docket.

Date:  July 25, 2011                              **JAMES BONINI, CLERK**

                                                        By: <u>s/ M. Rogers</u>
                                                        Deputy Clerk